**D. W. Ward Construction Co. v. Adams**

D. W. WARD CONSTRUCTION COMPANY, INC. v. DOLPH O. ADAMS AND JEAN S. ADAMS

No. 277PA88

(Filed 8 December 1988)

ON discretionary review of the decision of the Court of Appeals reported at 90 N.C. App. 241, 368 S.E. 2d 31 (1988) ordering a new trial. The original trial was before *Fountain, J.,* at the 19 January 1987 Session of Superior Court, DURHAM County. Heard in the Supreme Court 16 November 1988.

*Pulley, Watson, King & Hofler, P.A., by R. Hayes Hofler, III and Judith V. Siegel, for plaintiff appellee.*

*Randall, Yaeger & Jervis, by John C. Randall, for defendant appellants.*

PER CURIAM.

Discretionary review improvidently allowed.

Justice WHICHARD did not participate in the consideration or decision of this case.